IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OPERATING ENGINEERS LOCAL NO. 147 HEALTH FUND; and OPERATING ENGINEERS LOCAL NO. 147 ANNUITY FUND ) ) ) ) | |
| ) | NO. 3:09-1158 |
| v. ) ) | |
| TRI-STATE CRANE & RIGGING, L.L.C. ) ) | |

O R D E R

By order entered April 6, 2010 (Docket Entry No. 8), a status conference was scheduled on April 13, 2010, to address whether the parties had consummated a settlement and whether the defendant would be represented by counsel. However, no appearance was made on behalf of the defendant. Although plaintiffs' counsel advised that he had attempted to reach counsel for the defendant, he had been unsuccessful, and that he intended to proceed as if the defendant were not represented and seek injunctive relief against the defendant.

The Clerk is directed to mail a copy of this order to David Broemel, Bradley Arant Boult Cummings LLP, Roundabout Plaza, 1600 Division Street, Suite 700, P.O. Box 340025, Nashville, TN 37203-0025, to James Haltom at the same address and at Burr & Forman, 700 Two American Center, 3102 West End Avenue, Nashville, TN 37203, and to the defendant at P.O. Box 337, Oxford, NC 27545, all by regular, first class mail (only).

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge